ISMAIL AMIN, ESQ. (State Bar No. 9343)
LAWRENCE KULP, ESQ. (State Bar No. 7411)
BREANE P. STRYKER, ESQ. (State Bar No. 13594)
**The Amin Law Group NV, Ltd.**
3753 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
Telephone:   (702) 990-3583
Facsimile:    (702) 441-2488

*Attorneys for Defendant Dreamdealers USA LLC d/b/a Exotics Racing*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BHRAC-AC, LLC d/b/a GOTHAM DREAM CARS, LLC<br><br>Plaintiff,<br><br>v.<br><br>DREAMDEALERS USA, LLC d/b/a EXOTICS RACING<br><br>Defendant. | Case No. 2:16-cv-01813-JCM-PAL<br><br>**STIPULATION AND (PROPOSED) ORDER TO STAY PROCEEDINGS**<br>**(1st Request)** |

COMES NOW, Plaintiff BHRAC-AC, LLC d/b/a GOTHAM DREAM CARS, LLC ("Plaintiff") and Defendant DREAMDEALERS USA, LLC d/b/a EXOTICS RACING ("Defendant"), (collectively, the "Parties"), by and through their respective, undersigned, counsel of record, and do hereby stipulate and agree as follows:

1. On August 1, 2016, Plaintiff filed a Complaint for Declaratory Judgment in the United States District Court for the District of Nevada (ECF No. 1) (the "Complaint"), seeking declaratory judgment in regards to Defendant's allegations of trademark infringement.

2. On August 12, 2016, Defendant sent Plaintiff a signed waiver of service of summons of the Complaint ("Waiver").

3. This Waiver was filed with the Court on August 15, 2016. (ECF No. 8).

4. Accordingly, pursuant to Rule 4 of the Federal Rules of Civil Procedure, an answer or

responsive pleading to Plaintiff's Complaint is due sixty (60) days from August 12, 2016, which would be October 11, 2016.

5. The Parties have engaged in settlement discussions, via written correspondence, and on August 24, 2016, the Parties, and their respective counsel, personally met and conferred in this matter.

6. During this settlement conference, the Parties reached a tentative settlement agreement in regards to Plaintiff's Complaint and Defendant's anticipated counterclaims and requests for injunctive relief.

7. The Parties are currently in the process of memorializing and finalizing the terms of their settlement, including an expected dismissal of all pending claims in this matter.

8. In order to facilitate the Parties' settlement efforts, as well as to minimize attorneys' fees and other legal expenses, Plaintiff and Defendant agree that the present civil action should be stayed for sixty (60) days.

9. This is the first such stipulation to stay proceedings in this matter.

10. Therefore, the Parties agree that the Court may enter the following Order and request that the Court do so accordingly:

    a. Except as otherwise provided below, this action shall be stayed for a period of sixty (60) days from the date an order on this stipulation is entered with the Court.

    b. The Parties stipulate that nothing in this delay shall be deemed to prejudice Defendant's right to seek necessary injunctive relief from this Court and/or to file any relevant counter-claims and/or third-party claims in this matter.

//
//
//
//
//
//

SO STIPULATED AND AGREED on this <u>6th</u> day of September, 2016.

| THE AMIN LAW GROUP NV, LTD. | AKERMAN, LLP. |
|---|---|
| */s/ Ismail Amin, Esq.* | */s/ Brett Combs, Esq.* |
| ISMAIL AMIN, ESQ. | Brett M. Coombs, Esq. |
| Nevada Bar No. 9343 | Nevada Bar No. 12570 |
| 3753 Howard Hughes Parkway, Suite 200 | 175 South Main Street, Suite 950 |
| Las Vegas, Nevada 89169 | Salt Lake City, Utah 84101 |
| Telephone: (702) 990-3583 | Telephone: (801) 907-6911 |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |

IT IS SO ORDERED.

IT IS FURTHER ORDERED that the parties shall have until **October 11, 2016**, to file a stipulation to dismiss if a settlement has been reached, or a joint status report indicating when the stipulation to dismiss will be filed. If a settlement has not been reached, Defendant shall have until **October 18, 2016**, to file an answer or responsive pleading.

Dated: September 23, 2016

_____
Peggy A. Leen
United States Magistrate Judge

3
**STIPULATION AND ORDER TO STAY PROCEEDINGS (1ST REQUEST)**

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 6th of September, 2016, I served a true and correct copy of:

**STIPULATION AND (PROPOSED) ORDER TO STAY PROCEEDINGS (1st Request)**

postage fully prepaid and addressed to the following by:

__X__  serving the following parties via CM/ECF;

_____  serving the following parties via facsimile;

_____  serving the following parties via e-mail;

____  depositing a copy of same via US Mail, postage fully prepaid and addressed to the following:

Brett M. Coombs, Esq.
AKERMAN, LLP.
175 South Main Street, Suite 950
Salt Lake City, UT 84101
**Attorneys for Plaintiff**

    /s/Daniella Flandez
    Daniella Flandez
    An Employee of THE AMIN LAW GROUP, NV., LTD.

*The Amin Law Group, NV., Ltd.*
3753 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
Phone: (702) 990-3583 / Fax: (702) 441-2488