ISMAIL AMIN, ESQ. (State Bar No. 9343)
LAWRENCE KULP, ESQ. (State Bar No. 7411)
BREANE P. STRYKER, ESQ. (State Bar No. 13594)
**The Amin Law Group NV, Ltd.**
3753 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
Telephone:     (702) 990-3583
Facsimile:      (702) 990-3501

*Attorneys for Defendant Dreamdealers USA LLC d/b/a Exotics Racing*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BHRAC-AC, LLC d/b/a GOTHAM DREAM CARS, LLC<br><br>Plaintiff,<br><br>v.<br><br>DREAMDEALERS USA, LLC d/b/a EXOTICS RACING<br><br>Defendant. | Case No. 2:16-cv-01813-JCM-PAL<br><br>**JOINT STATUS REPORT REGARDING SETTLEMENT NEGOTIATIONS** |

COMES NOW, Plaintiff BHRAC-AC, LLC d/b/a GOTHAM DREAM CARS, LLC ("Plaintiff") and Defendant DREAMDEALERS USA, LLC d/b/a EXOTICS RACING ("Defendant"), (collectively, the "Parties"), by and through their respective, undersigned, counsel of record, and hereby submit the following Joint Status Report in accordance with the Court's Order, issued on September 26, 2016. (ECF No. 10.)

1.      On August 1, 2016, Plaintiff filed a Complaint for Declaratory Judgment in the United States District Court for the District of Nevada (ECF No. 1) (the "Complaint"), seeking declaratory judgment in regards to Defendant's allegations of trademark infringement.

2.      On August 12, 2016, Defendant sent Plaintiff a signed waiver of service of summons of the Complaint ("Waiver").

3.      This Waiver was filed with the Court on August 15, 2016. (ECF No. 8).

4.     Accordingly, pursuant to Rule 4 of the Federal Rules of Civil Procedure, an answer or responsive pleading to Plaintiff's Complaint is due sixty (60) days from August 12, 2016, which would be October 11, 2016.

5.     The Parties have engaged in settlement discussions, via written correspondence, and on August 24, 2016, the Parties, and their respective counsel, personally met and conferred in this matter.

6.     During this settlement conference, the Parties reached a tentative settlement agreement in regards to Plaintiff's Complaint and Defendant's anticipated counterclaims and requests for injunctive relief.

7.     In order to facilitate the Parties' settlement efforts, as well as to minimize attorneys' fees and other legal expenses, Plaintiff and Defendant agreed that the present civil action should be stayed for sixty (60) days.

8.     On or about September 6, 2016, the Parties filed a Stipulation and Proposed Order to Stay Proceedings in this Matter (the "Parties' Stipulation"), requesting that the Court enter an Order staying the matter for a period of sixty (60) days from the date an order on this stipulation is entered with the Court; and stipulating that nothing in this delay shall prejudice Defendant's right to seek necessary injunctive relief from this Court and/or to file any relevant counter-claims and/or third-party claims in this matter.  (ECF No. 9.)

9.     On September 26, 2016, this Court entered an Order on the Parties' Stipulation, stating that the Parties shall have until October 11, 2016, to file a stipulation to dismiss if a settlement has been reached, or a joint status report indicating when the stipulation to dismiss will be filed. If a settlement has not been reached, Defendant shall have until October 18, 2016, to file an answer or responsive pleading. *See ECF No. 10.*

10.    The Parties have been negotiating the terms of the settlement agreement and require additional time in doing so, due to the certain principals being unavailable for an extended period of time.

11.    Currently, the Settlement Agreement has been drafted and is undergoing review by the

Parties. Accordingly, the Parties respectfully request that this Court allow the instant Stay be permitted to continue for an additional thirty (30) days, until November 10, 2016, in order to allow the Parties to come to an anticipated agreed-upon settlement of the instant matter and file a stipulated dismissal regarding the same.

12. If a settlement has not been reached by November 10, 2016, the Parties agree that Defendant shall have until November 18, 2016, to file an answer or responsive pleading to Plaintiff's Complaint.

13. As with the Parties' original Stipulation, the Parties agree that nothing in this delay shall prejudice Defendant's right to seek necessary injunctive relief from this Court and/or to file any relevant counter-claims and/or third-party claims in this matter.

RESPECTFULLY SUBMITTED this 11th day of October, 2016.

**THE AMIN LAW GROUP NV, LTD.**

*/s/ Ismail Amin, Esq.*
ISMAIL AMIN, ESQ.
Nevada Bar No. 9343
3753 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone: (702) 990-3583

*Attorneys for Defendant*

**AKERMAN, LLP.**

*/s/ Brett M. Coombs*
BRETT M. COOMBS, ESQ.
Nevada Bar No. 12570
175 South Main Street, Suite 950
Salt Lake City, Utah 84101
Telephone: (801) 907-6911

*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

Dated: October 12, 2016

3
**JOINT STATUS REPORT REGARDING SETTLEMENT**